**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Ricardo L. WILLIAMS, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 30, 1994.

### ORDER

PER CURIAM:

AND NOW, this 30th day of December, 1994, the Petition for Allowance of Appeal is granted and the case remanded to the Court of Common Pleas of Chester County for re-sentencing in accordance with *Commonwealth v. Anderson,* —— Pa. ——, 650 A.2d 20 (1994).

MONTEMURO, J., is sitting by designation.

**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Kenneth MORGAN.**

Supreme Court of Pennsylvania,
Eastern District.

Argued Dec. 8, 1994.

Decided Dec. 30, 1994.

Joseph J. Mittleman, Dennis C. McAndrews, Media, for Com.

Patrick J. Connors, Media, William E. Ruane, Lansdowne, for K. Morgan.

Before NIX, C.J. and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

CASTILLE, J., dissents and would reach the merits of the case.

MONTEMURO, J., is sitting by designation.